**STATE v. LEE**

[366 N.C. 329 (2012)]

STATE OF NORTH CAROLINA v. TRAVEN MARQUETTE LEE

No. 61PA12

(Filed 14 December 2012)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, —— N.C. App. ——, 720 S.E.2d 884 (2012), finding no prejudicial error in judgments entered on 3 November 2010 by Judge Cy A. Grant in Superior Court, Halifax County. Heard in the Supreme Court on 17 October 2012.

*Roy Cooper, Attorney General, by Kathleen N. Bolton, Assistant Attorney General, for the State.*

*Kimberly P. Hoppin for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.